UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

EUGENE GRIFFITH,                              :

                    Plaintiff,                :

                                              :

          -against-                           :

COMMISSIONER OF                               :
SOCIAL SECURITY,                              :

                    Defendant.      :
- - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/08

08 Civ. 1926 (WHP)(RLE)

ORDER OF REFERENCE TO
MAGISTRATE JUDGE

                    The above entitled action is referred to the Clerk of the Court for assignment to a Magistrate
Judge.  The purpose(s) for reference is/are the following:

_X_   General Pretrial (including scheduling,              ____   Consent under 28 U.S.C. § 636(c) for all
      discovery, non-dispositive pretrial                         purposes (including trial)
      motions, and settlement)

____   Specific Non-Dispositve Motion/Dispute:*           ____   Consent under 28 U.S.C. § 636(c) for
      _____                   limited purpose (e.g., dispositive
                                                                  motion, preliminary injunction)
      _____
                                                                  Purpose:_____
      If referral is for discovery disputes when
      the District Judge is unavailable, the time
      period of the referral: _____          ____   Habeas Corpus

____   Settlement*                                        ____   Social Security

____   Inquest After Default/Damages Hearing              ____   Dispositive Motion (i.e., motion
                                                                  requiring a Report and Recommendation)

                                                                  Particular Motion:_____

                                                                  _____
                                                                  All such motions: ____

================================================================================

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:  March 31, 2008
        New York, New York

                                              _____
                                              UNITED STATES DISTRICT JUDGE
                                              WILLIAM H. PAULEY III

*Copy mailed to:*

Eugene Griffith
160-170 Madison Street, No. 10E
New York, NY 10002
*Plaintiff Pro Se*