

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: JOHN E. GURA, JR
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York  10007
Tel. (212) 637-2712
Fax. (212) 637-2750

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                :
EUGENE J. GRIFFITH,             :
                                :
              Plaintiff,        :
                                :
     - v. -                     :
                                :    STIPULATION AND ORDER
MICHAEL J. ASTRUE,              :    08 Civ. 1926 (WHP)(RLE)
Commissioner of                 :
Social Security,                :
                                :
              Defendant.        :
                                :
- - - - - - - - - - - - - - - - x

          IT IS HEREBY STIPULATED AND AGREED, by and between

the attorney for the defendant and the plaintiff pro se, that the

defendant's time to answer or move with respect to the complaint

in the above-captioned action is extended from May 6, 2008 to and

including July 7, 2008.  The reason for the request is that the

administrative record has not yet been received by defendant's counsel. No prior extension has been requested in this case.

Dated: New York, New York
April 14, 2008

                                                              _____
                                                              EUGENE J. GRIFFITH
                                                              Plaintiff pro se
                                                              160-170 Madison Street
                                                                 Apt. #10E
                                                              New York, New York 10002

                                                             MICHAEL J. GARCIA
                                                             United States Attorney
                                                             Southern District of New York
                                                             Attorney for Defendant

By: _____
       JOHN E. GURA, JR.
       Assistant United States Attorney
       86 Chambers Street – 3rd Floor
       New York, New York 10007
       Telephone No.: (212) 637-2712
       John.Gura@usdoj.gov

SO ORDERED:

_____ 4-25-08
UNITED STATES MAGISTRATE JUDGE