USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
ORIGINAL
DATE FILED: 6/30/08

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: JOHN E. GURA, JR.
Assistant United States Attorney
86 Chambers Street – 3rd Floor
New York, New York  10007
Tel. (212) 637-2712
Fax. (212) 637-2750


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
EUGENE J. GRIFFITH,              :
                                 :
                                 :
         Plaintiff,              :
                                 :
     - v. -                      :
                                 :   STIPULATION AND ORDER
MICHAEL J. ASTRUE                :       OF REMAND
Commissioner of                  :
Social Security,                 :   08 Civ. 1926 (WHP)
                                 :
         Defendant.              :
                                 :
- - - - - - - - - - - - - - - - x

   IT IS HEREBY STIPULATED AND AGREED, by and between the attorney for the defendant and the plaintiff pro se, that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence six of 42 U.S.C. § 405(g), for

further administrative proceedings, including locating the audio tape of the administrative hearing, or if not found, to hold a new hearing.

Dated: New York, New York
       May 5, 2008

                                                    _____
                                                  EUGENE J. GRIFFITH
                                                  Plaintiff pro se
                                                  160-170 Madison Street, Apt.#10E
                                                  New York, New York  10002

                                                  MICHAEL J. GARCIA
                                                  United States Attorney
                                                  Southern District of New York
                                                  Attorney for Defendant

By: _____
    JOHN E. GURA, JR.
    Assistant United States Attorney
    86 Chambers Street - 3rd Floor
    New York, New York  10007
    Telephone No.: (212) 637-2712
    John.Gura@usdoj.gov

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

6/25/08

The Clerk of Court is directed to mark the case closed.